**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>WAIDE, FRANK F<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-11883 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   DUPAGE COUNTY COURTHOUSE
          505 N. COUNTY FARM ROAD, ROOM 2000
          WHEATON, ILLINOIS 60187

    On:   **November 16, 2007**
    At:   **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         9,538.59

    b. Disbursements                         $             0.00

    c. Net Cash Available for Distribution   $         9,538.59

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $1,703.86 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $1,960.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $40.37 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $855.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7.  Claims of general unsecured creditors totaling $7,254.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 68.63%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | AMERICAN EXPRESS TRAVEL RELATED SVCS CO | $ 7,254.89 | $ 4,979.36 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the

Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, cash, wedding ring and stocks

Dated: October 23, 2007

For the Court,

KENNETH S. GARDNER
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                        CHAPTER 7 CASE
WAIDE, FRANK F

                                            CASE NO. 06B-11883 JS

                                            JUDGE JOHN SQUIRES
            Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

       THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

       IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 1,703.86 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 1,703.86 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 1,960.00 |
| | b. Expenses | $ | 40.37 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 855.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

      d. Chapter 11 Expenses       $      0.00

3.    Other Professionals

              TOTAL      $    2,855.37

      IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this \_\_\_\_\_ day of _____, 200\_\_.

ENTERED     _____
                    JOHN SQUIRES
                    UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

.883   Doc 42   Filed 10/23/07   Entered 10/26/07 00:03:50   Desc Imaged
Certificate of Service   Page 6 of 6

```
District/off: 0752-1             User: amcc7              Page 1 of 1              Date Rcvd: Oct 23, 2007
Case: 06-11883                   Form ID: pdf002          Total Served: 17

The following entities were served by first class mail on Oct 25, 2007.
db         +Frank J Waide,   980 Hillside,   Elmhurst, IL 60126-4956
aty        +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
aty        +Thomas A Else,   Thomas A Else  P C,   1100 Jorie Blvd,   Suite 153,   Oak Brook, IL 60523-4410
tr         +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
10924471   +American Express Travel Related Serv.,   P O Box 3001,   Malvern, PA 19355-0701
11189134    American Express Travel Related Svcs Co,   Inc Corp Card,   c/o Becket and Lee LLP,   POB 3001,
             Malvern PA 19355-0701
10924473   +Bank of America,   C/O National Asset Management Enter.,   Box 723477,   Atlanta, GA 31139-0477
10924470   +Chase Manhattan Bank,   C/O Wolpoff & Abramson,   702 King Farm Blvd.,   Rockville, MD 20850-5774
10924476   +Citibank,   C/O NCO Financial Systems,   Box 41457,   Philadelphia, PA 19101-1457
10924474   +Citibank,   C/O Baker, Miller, Markoff & Krasny,   29 Wacker Drive, 5th Floor,
             Chicago, IL 60606-3227
10924469   +Discover Bank,   C/O Baker, Miller, Markoff & Krasny,   29 N. Wacker Drive,   5th Floor,
             Chicago, IL 60606-3227
10924472   +Discover Financial Services,   C/O AMO Recoveries,   Box 100036,   Kennesaw, GA 30156-9236
10924468   +GM Gold,   C/O People First Recoveries,   2080 Elm St. SE,   Minneapolis, MN 55414-2531
10924475   +MBNA,   C/O NCO Financial,   Box 41448,   Philadelphia, PA 19101-1448,   Capital One,
             Box Viking Collection Service
The following entities were served by electronic transmission on Oct 24, 2007.
10924473   +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 24 2007 04:01:20     Bank of America,
             C/O National Asset Management Enter.,   Box 723477,   Atlanta, GA 31139-0477
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2007**           **Signature:** _Joseph Speetjens_