IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

IN RE:  
WAIDE, FRANK F

CHAPTER 7 CASE

CASE NO. 06B-11883 JS

JUDGE JOHN SQUIRES

Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 1,703.86 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 1,703.86 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 1,960.00 |
| | b. Expenses | $ | 40.37 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 855.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

      d. Chapter 11 Expenses                      $_____0.00

3.     Other Professionals

                                   TOTAL       $_____2,855.37

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED     day                       ,             ENTERED
this    _____of  _____200__      NOV 1 6 2007

                                 John H. Squires Bankruptcy Judge
                ENTERED         UNITED STATES BANKRUPTCY COURT
                          _____
                          JOHN SQUIRES
                          UNITED STATES BANKRUPTCY JUDGE